UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES D. HARDING, | CIVIL ACTION #5:06 CV 1149-§P |
| PLAINTIFF AND PRO SE COUNSEL, | |
| VERSES; | JUDGE STAGG |
| KATHLENE BLANCO, et al, | |
| DEFENDANTS; | MAGISTRATE JUDGE HORNSBY |

*U.S. DISTRICT COURT WESTERN DISTRICT OF LOUISIANA RECEIVED SEP 17 2007 ROBERT H. SHEMWELL, CLERK BY _____ DEPUTY SHREVEPORT*

PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT

PLAINTIFF JAMES D. HARDING MOVES THE COURT TO ENTER A DEFAULT JUDGEMENT AGAINST DEFENDANTS VENETIA MICHAEL, ANGIE HUFF, MAJOR STEVENSON, AND NIKI McCOY FOR EACH OF THE DEFENDANT'S EQUAL PART OF THE $2,700,000.00 IN COMPENSATORY DAMAGES AND $1,000,000.00 PER EACH DEFENDANT IN PUNITIVE DAMAGES, AND STATES:

1. A DEFAULT HAS BEEN ENTERED AGAINST DEFENDANTS VENETIA MICHAEL, ANGIE HUFF, MAJOR STEVENSON, AND NIKI McCOY FOR FAILING TO ANSWER OR OTHERWISE DEFEND IN THE ABOVE ENTITLED MATTER.

2. DEFENDANTS VENETIA MICHAEL, ANGIE HUFF, MAJOR STEVENSON, OR NIKI McCOY ARE NOT MEMBERS OF THE UNITED STATES ARMED FORCES.

SEPTEMBER 12, 2007
DATE:
JAMES D. HARDING
*/s/ James D. Harding*
DWCC
670 BELL HILL ROAD
HOMER, LOUISIANA 71040

---

Order

Sept. 18, 2007

Motion for Default Judgment is denied. The delay for answering has not yet expired.

Mark L. Hornsby
U.S. Mag. Judge

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PRO SE COUNSEL AND PLAINTIFF, HEREBY CERTIFY THAT I HAVE SERVED NOTICE OF MOTION FOR DEFAULT JUDGEMENT TO DEFENDANTS VENETIA MICHAEL, ANGIE HUFF, MAJOR STEVENSON, AND NIKI McCOY BY PLACING THE NOTICES IN THE HANDS OF DWCC MAIL ROOM OFFICIALS WITH THE PROPER POSTAGE TO BE MAILED FROM THE HOMER, LOUISIANA UNITED STATES POSTAL SERVICE, ALL PROPERLY ADDRESSED, THIS 12th DAY OF SEPTEMBER, 2007.

JAMES D. HARDING DOC# 493967

/s/ James D. Harding

DWCC
670 BELL HILL ROAD
HOMER, LOUISIANA 71040

JAMES D. HARDING DOC# 493967
DWCC
670 BELL HILL ROAD
HOMER, LOUISIANA 71040

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 17 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

7110183122

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
UNITED STATES COURTHOUSE
300 FANNIN STREET SUITE 1167
SHREVEPORT, LOUISIANA 71101-1167



HOMER LA 71040
SEP 13 2007
U.S. POSTAGE
$00.41